No. 11–8670.   DOBIE, AKA PARKER, AKA WALLER *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 11–8671.   TALBOTT *v.* FISHER, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 11–8682.   NWAEHIRI *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 11–8684.   MUNOZ-CAMARENA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 11–8685.   SANCHEZ-MONTANO *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 11–8688.   TURNER *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 11–8691.   WHITING *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 11–8692.   RIOS BUENO *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 11–8701.   LEE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 11–8702.   KORT *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 11–8706.   VOGELSANG *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 11–527.   MAIKHIO *v.* CALIFORNIA.   Sup. Ct. Cal.   Motion of National Rifle Association of America, Inc., et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.